[ORAL ARGUMENT NOT YET SCHEDULED]

UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| COUNCIL OF THE DISTRICT OF COLUMBIA,<br><br>               Plaintiff-Appellant,<br><br>v.<br><br>VINCENT C. GRAY, *et al.*,<br><br>               Defendants-Appellees. | No. 14-7067 |

### NOTICE OF INTENT TO FILE BRIEF AS *AMICI CURIAE* BY PROFESSOR WILLIAM ESKRIDGE AND PROFESSOR CHARLES TIEFER

Pursuant to Circuit Rule 29(b), Professor William Eskridge and Professor Charles Tiefer hereby give notice that they intend to file an *amici curiae* brief in support of the appellant. All parties have consented to the filing of the *amici* brief.

Dated: July 8, 2014

Respectfully submitted,

/s/ Jeffrey R. Babbin
Jeffrey R. Babbin
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel.: (203) 498-4400
Fax: (203) 782-2889
jbabbin@wiggin.com
*Counsel for Amici Curiae*
Professor William Eskridge and
Professor Charles Tiefer

## CERTIFICATE OF SERVICE

I certify that on July 8, 2014, the foregoing was filed electronically through this Court's CM/ECF system, which will send a notice of filing to all registered users.

/s/ *Jeffrey R. Babbin*
Jeffrey R. Babbin

88888888/2835/3090471.1